# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1732, A14A1733.  ANDRE DAMIAN WILLIAMS v. THE STATE.**

Andre Damian Williams has been indicted for medicaid fraud.  He filed motions to dismiss the indictment and to suppress evidence, which the trial court denied as untimely in a single order.  He then filed two notices of appeal to the Supreme Court, which transferred the cases here upon finding that jurisdiction was not proper in that Court.  In Case No. A14A1732, Williams seeks to appeal the denial of his motion to dismiss the indictment.  In Case No. A14A1733, he seeks to appeal the denial of his motion to suppress.  We, however, lack jurisdiction.

The order that Williams seeks to appeal is not final, as the charges against him remain pending below.  Accordingly, Williams was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review at this juncture.[1]  See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995); *Holton v. State*, 173 Ga. App. 249 (326 SE2d 240) (1985); *Spell v. State*, 120 Ga. App. 398 (170 SE2d 701) (1969).  His failure to follow the proper appellate procedure deprives us of jurisdiction over these appeals, which are hereby DISMISSED.

---

[1] Williams asked the trial court to issue a certificate of immediate review, but the court declined.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*